AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Massachusetts

DIRECTV, Inc.

V.

Nelson Martins

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 CV 12404 PBS**

TO: (Name and address of Defendant)

Nelson Martins
111 Division Street
Fall River, MA 02721

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE

(By) DEPUTY CLERK

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

**Bristol, ss.**

December 10, 2004

I hereby certify and return that on 12/10/2004 at 02:18 pm I served a true and attested copy of the Summons and Complaint, CA Cover Sheet, Corporate Disclosure in this action in the following manner: To wit, by leaving at the last and usual place of abode of Nelson Martins, 117 Division Street, 1st floor, Fall River, MA., and by mailing first class mail to the above-mentioned address on 12/10/2004. Copies ($4.00), Conveyance ($1.50), Travel ($2.24), Basic Service Fee ($20.00), Postage and Handling ($5.25), Attest Fee ($10.00), Total Charges $42.15

_____
Deputy Sheriff

Deputy Sheriff Dennis Medeiros

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                  Signature of Server

                                _____
                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.