UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                              Civil Action
                                              No: 04-12404-PBS

DirecTV, Inc.
Plaintiff

v.

Nelson Martins
Defendant


PROCEDURAL ORDER ON DEFAULT

SARIS, D.J.                                                                                     January 11, 2005

     On January 11, 2005, a notice of default was issued as to the Defendant, Nelson Martins, pursuant to Rule 55(b), Fed.R.Civ.P. If the plaintiff intends to move for judgment by default, it shall do so on or before January 31, 2005. Plaintiff shall include a proposed form of judgment along with the motion filing.


                                                     By the Court,


                                                     /s/ Robert C. Alba
                                                     Deputy Clerk