UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                Civil Action
                                                No: 04-12404-PBS

DirecTV, Inc.
Plaintiff

v.

Nelson Martins
Defendant

## NOTICE OF DEFAULT

    Upon application of the Plaintiff for an order of Default for failure of the Defendant, Nelson Martins, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant, Nelson Martins, has been defaulted on January 11, 2005.


                                        Clerk of Court,


                                        By: /s/ Robert C. Alba
                                              Deputy Clerk

Date: January 11, 2005


Notice mailed to counsel of record and defendant(s).

Case 1:04-cv-12404-PBS    Document 6    Filed 01/11/2005    Page 2 of 2