UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECTV, Inc.<br><br>    Plaintiff,<br><br>vs.<br><br>Nelson Martins<br><br>    Defendant | Case No.: 04-12404-PBS<br><br>**PLAINTIFF'S MOTION TO EXTEND TIME TO MOVE FOR DEFAULT JUDGMENT OR TO ASSENT TO OPENING OF DEFAULT** |

**NOW COMES** Plaintiff, DIRECTV, Inc., to the above-captioned case respectfully requests that this Court extend the deadlines for the Plaintiff to move for default judgment or to assent to the opening of the default to March 1, 2005.

As grounds, the Plaintiff states:

1. Plaintiff's Counsel has been contacted by an attorney for the Defendant, Attorney Todd Bennett, of Corrigan, Bennett & Belfort, PC, Wilmington, MA.

2. Plaintiff's Counsel and Defendant's Counsel are in serious substantive negotiations to either possibly resolve this matter or reach an agreement to request an opening of the default.

3. Attorney Bennett assents to this motion.

In further support of this motion, see affidavit of John M. McLaughlin

                              Respectfully Submitted for the Plaintiff,
                              DIRECTV, Inc.
                              By Its Attorney

| | |
|---|---|
| 2/4/05<br>Date | /s/ John M. McLaughlin<br>John M. McLaughlin (BBO: 556328)<br>**Green, Miles, Lipton & Fitz-Gibbon**<br>77 Pleasant Street<br>P.O. Box 210<br>Northampton, MA 01061-0210<br>(413) 586-0865 |

## CERTIFICATE OF SERVICE

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 4th day of February 2005, a copy of the foregoing motion and affidavit were sent via electronic mail to

Attorney Todd J. Bennett
toddjbennett@hotmail.com

                                        <u>/s/ John M. McLaughlin</u>
                                        John M. McLaughlin

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECTV, Inc. ) | Case No.: 04-12404-PBS |
| ) | |
| Plaintiff ) | AFFIDAVIT OF ATTORNEY IN |
| ) | SUPPORT OF PLAINTIFF'S MOTION |
| vs. ) | TO EXTEND TIME TO MOVE FOR |
| ) | DEFAULT JUDGMENT OR TO ASSENT |
| Nelson Martins ) | TO OPENING OF DEFAULT |
| ) | |
| Defendant ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. I have been contacted by an attorney for the Defendant, Attorney Todd Bennett, of Corrigan, Bennett & Belfort, PC, Wilmington, MA.

2. Defendant's Counsel and I are in substantive negotiations to either possibly resolve this matter or reach an agreement to request an opening of the default.

3. Defendant's Counsel assents to this motion.

4. I respectfully request until March 1, 2005 to move for default judgment or to assent to the opening of the default.

Subscribed and sworn to, under the pains and penalties of perjury.

Respectfully Submitted for the Plaintiff,
DIRECTV, INC.
By Its Attorney,

2/4/05                          /s/ John M. McLaughlin
Date                            John M. McLaughlin (BBO: 556328)
                                **Green Miles Lipton & Fitz-Gibbon**
                                77 Pleasant Street
                                P.O. Box 210
                                Northampton, MA 01061
                                (413) 586-0865

Page   1