UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (EASTERN DIVISION)

DIRECTV, INC., a California corporation,

        Plaintiffs,

   v.

NELSON MARTINS

        Defendants.

No.  04-12404 PBS

STIPULATION AND ORDER OF
DISMISSAL RE NELSON MARTINS

       The matter in difference in the above entitled action having been amicably adjusted by and between Plaintiff DIRECTV, Inc. and Defendant Nelson Martins pursuant to *Fed. R. Civ. P.* 41(a)(1)(ii), it is hereby stipulated and agreed that the same be and hereby is dismissed without costs against either party, with prejudice, as to Defendant Nelson Martins, , except that the Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement.

///

///

///

///

       DATED: April ___, 2005.

Presented by:

By _____          By: _____
John M. McLaughlin (BBO No. 556328)    Nelson Martins
Green, Miles, Lipton & Fitz-Gibbon,    111 Division Street
77 Pleasant Street                     Fall River, MA 02721
P.O. Box 210
(413) 586-0865
(413) 584-6278 (Fax)

Attorneys for Plaintiff DIRECTV       Defendant Nelson Martins


**IT IS SO ORDERED.**

DATED: _____ ___, 2005.


_____
United States District Court Judge