UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (EASTERN DIVISION)

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>NELSON MARTINS<br><br>　　　　　Defendants. | No. 04-12404 PBS<br><br>STIPULATION AND ORDER OF DISMISSAL RE NELSON MARTINS |

　　　The matter in difference in the above entitled action having been amicably adjusted by and between Plaintiff DIRECTV, Inc. and Defendant Nelson Martins pursuant to *Fed. R. Civ. P.* 41(a)(1)(ii), it is hereby stipulated and agreed that the same be and hereby is dismissed without costs against either party, with prejudice, as to Defendant Nelson Martins, , except that the Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement.

///
///
///
///

　　　DATED: April ___, 2005.

Presented by:

By _____
John M. McLaughlin (BBO No. 556328)
Green, Miles, Lipton & Fitz-Gibbon,
77 Pleasant Street
P.O. Box 210
(413) 586-0865
(413) 584-6278 (Fax)

Attorneys for Plaintiff DIRECTV

By: _____
Nelson Martins
111 Division Street
Fall River, MA 02721

Defendant Nelson Martins

**IT IS SO ORDERED.**
DATED: 5/17, 2005.

_____
United States District Court Judge